IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SARA MALAKI, | : | CIVIL ACTION |
| | : | |
| *Plaintiff*, | : | NO. 1:21-CV-01289-SHR |
| | : | |
| v. | : | |
| | : | |
| HERSHEY ENTERTAINMENT & RESORTS COMPANY d/b/a MELTSPA BY HERSHEY, | : | |
| | : | |
| *Defendant*. | : | ELECTRONICALLY FILED |

## STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41

Plaintiff, Sara Malaki, and Defendant, Hershey Entertainment & Resorts Company d/b/a MeltSpa by Hershey (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree that the above-captioned matter should be hereby DISMISSED WITH PREJUDICE AND WITHOUT FEES OR COSTS pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

SO STIPULATED.

                                                KOLLER LAW LLC

By:   /s/ *David M. Koller*
         David M. Koller, Esquire
         Attorney I.D. No. 90119 (PA)

        davidk@kollerlawfirm.com
        2043 Locust Street, Suite 1B
        Philadelphia, PA 19103
        (215) 545-8917

        *Attorney for Plaintiff*


        PILLAR AUGHT LLC

By:   /s/ *Lindsey E. Snavely*
        Lindsey E. Snavely, Esquire
        Attorney I.D. No. 308145 (PA)
        lsnavely@pillaraught.com
        4201 E. Park Circle
        Harrisburg, PA 17111
        (717) 308-9910

        *Attorneys for Defendant*